ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE SHEET METAL WORKERS** et al.<br><br>            Plaintiffs,<br>       vs.<br><br>**BUC HEATING & AIR CONDITIONING,** a California corporation<br><br>            Defendant. | NO. C 08 1897 JL<br><br>**PROPOSED NOTICE OF ENTRY OF DEFAULT** |

IT IS HEREBY NOTICED that the default of defendant, BUC HEATING & AIR CONDITIONING, a California corporation, has been entered by the Clerk of the Court on _____.

Date:_____             Richard W. Wieking, Clerk

                                                       By: _____
                                                              Deputy Clerk

**NOTICE OF ENTRY OF DEFAULT**                    1