**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
————————
www.cand.uscourts.gov

Richard W. Wieking                                    General Court Number
Clerk                                                         415.522.2000

June 9, 2008


RE:  <u>CV 08-01897 JL</u>          <u>BOARD OF TRUSTEES-v- BUC HEATING & AIR COND.</u>


Default is entered as to Defendant BUC Heating & Air Conditioning on 6/9/08.




RICHARD W. WIEKING, Clerk


by<u>Gloria Acevedo</u>
Case Systems Administrator
To Chief Magistrate Judge James Larson


NDC TR-4  Rev. 3/89