```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS et al.<br><br>         Plaintiffs,<br><br>    vs.<br><br>BUC HEATING & AIR CONDITIONING, a California corporation<br><br>         Defendant.<br>_____ | NO.  C 08 1897 JL<br><br>EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

Plaintiffs, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL WORKERS HEALTH CARE PLAN, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 162 VACATION, HOLIDAY SAVINGS PLAN; DENNIS CANEVARI, TRUSTEE, hereby apply <u>ex parte</u> for an order to continue the Case Management Conference from July 16, 2008 to October 15, 2008.

This <u>ex parte</u> application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

Dated: July 9, 2008

```
                              Respectfully submitted,
                              ERSKINE & TULLEY

                              By: /s/ Michael J. Carroll
                                  Michael J. Carroll
                                  Attorneys for Plaintiffs
```

<u>EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE</u>