```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.<br><br>            Plaintiff,<br><br>     vs.<br><br>BUC HEATING & AIR CONDITIONING, a California corporation,<br><br>            Defendant. | NO.  C 08 1897 JL<br><br>DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

I, MICHAEL J. CARROLL, certify:

1. I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiff, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL WORKERS HEALTH CARE PLAN, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 162 VACATION, HOLIDAY SAVINGS PLAN; DENNIS CANEVARI TRUSTEE, in this action. I am duly admitted to practice law in the United States District Court, Northern District of California. If called as a witness, I could and would competently testify as follows:

2. Service was accomplished upon the only party in this case on April 28, 2008. No responsive pleading was filed.

3. On June 9, 2008 the Court entered the default of defendant.

4. It is requested that the Court continue the Case Management Conference some ninety days hence, to October 15, 2008, to provide time to either settle the case or file a motion for default judgment.

5. It is requested that the Court continue the Case Management Conference some ninety days hence.

6. Good cause exists to grant plaintiff's request for a continuance of the Case Management Conference currently set for July 16, 2008 to October 15, 2008.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on July 9, 2008 at San Francisco, California.

/s/ Michael J. Carroll
Michael J. Carroll

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On July 9, 2008, I served the DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Buc Heating & Air Conditioning
Jeff Buchanan
1320 Burnt Shanty Creek Road
Placerville, CA 95667

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on July 9, 2008 at San Francisco, California.

/s/Sharon Eastman
Sharon Eastman