```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>BUC HEATING & AIR CONDITIONING, a California corporation<br><br>　　　　　　Defendant. | NO.  C 08 1897 JL<br><br>ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

　　　　IT IS ORDERED that the Case Management Conference in this case set for July 16, 2008 be continued to October 15, 2008 at 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 10, 2008

_____
Honorable James Larson

<u>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE</u>