```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL, et al., ) ) ) Plaintiffs, ) ) vs. ) ) BUC HEATING & AIR CONDITIONING, etc., ) ) ) Defendant. ) | NO.  C 08 1897 TEH<br><br>ORDER TO CONTINUE HEARING FOR THE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |

IT IS ORDERED that the Hearing for the Plaintiffs Motion for Default Judgment in this case set for October 29, 2008 be continued to November 10, 2008 at 10:00 a.m. in Courtroom 12, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: 10/02/08    _____
                   Honorable Judge Thelton E. Henderson

*[Signature and seal: Judge Thelton E. Henderson, United States District Court, Northern District of California]*

ORDER TO CONTINUE HEARING FOR THE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT