```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6
 7                  UNITED STATES DISTRICT COURT
 8                 NORTHERN DISTRICT OF CALIFORNIA
 9
10
    BOARD OF TRUSTEES OF THE SHEET    )   NO. C 08 1897 TEH (JL)
11  METAL WORKERS, et al.             )
                                      )
12                                    )
                         Plaintiffs,  )   ORDER OF EXAMINATION
13                                    )
              vs.                     )
14                                    )
    BUC HEATING & AIR CONDITIONING,   )
15  etc.                              )
                                      )
16                       Defendant.   )
    _____)
17
    To:  Jeff Buchanan, Judgment Debtor
18       Buc Heating & Air Conditioning Inc.
         1281 Burnt Shanty Creek
19       Placerville, CA 95667
```

20      You the above named judgment debtor ARE HEREBY ORDERED to
21 appear personally on June 3, 2009 at 9:30 a.m. at <u>450 Golden Gate</u>
22 <u>Avenue, San Francisco, CA , 94102 Conference Room F, 15th Floor,</u>
23 before the Magistrate Judge James Larson then and there to be examined
24 on oath concerning your property or other matters material to the
25 proceedings.
26      You are ordered to bring with you the following documents:
27      1.   The corporation's bylaws, share register and minute
28 book;

<u>ORDER OF EXAMINATION</u>                    1

1  2. Title documents to all equipment and vehicles of debtor;
2  3. All lists and schedules of rented, leased and owned
3 equipment of debtor;
4  4. Copies of all real property and personal property leases
5 wherein debtor is a party;
6  5. Copies of all tax bills, deeds, contracts, deeds of
7 trust or deposit receipts relating to all real and personal property
8 in which any interest is held;
9  6. Annual Financial Statements for 2008 and all monthly
10 financial statements for 2008 and 2009;
11  7. Federal tax returns for the last two years;
12  8. All bank statements, deposit slips and canceled checks
13 for all accounts for 2008 and 2009;
14  9. The last tax return filed with the Franchise Tax Board;
15  10. Copies of all purchase orders, change orders accepted
16 bids, and contracts which relate in any way to work performed by
17 debtor during the period from June 1, 2008 to date;
18  11. All accounts receivable lists generated by the Company
19 for 2008;
20  12. Cash Disbursement Journals for 2008 and 2009;
21  13. All documents related to any loans to debtor or by
22 debtor by any present or former shareholders, officers or employees
23 of debtor;
24  14. All documents related to any completed, pending or
25 failed sale of substantially all corporate assets during the last
26 three years.
27  15. All personal guarantees made by any officer, agent or
28 shareholder for the benefit of debtor.

ORDER OF EXAMINATION                 2

1  NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE
2 TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
3 AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4 REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5 JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated: May 6, 2009

_____
Magistrate Judge James Larson

ORDER OF EXAMINATION                    3