LAW OFFICES OF
## ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CALIFORNIA 94104
PHONE: (415) 392-5431 FAX: (415) 392-1978

MORSE ERSKINE (1895-1968)
J. BENTON TULLEY (1908-1974)

June 1, 2009



IT IS SO ORDERED
Judge James Larson

Magistrate Judge James Larson
United States District Court
Courtroom F. 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Board of Trustees of the Sheet Metal Workers, et al.
vs. Buc Heating & Air Conditioning, etc.
United States District Court, Action No. C 08 1897 TEH (JL)

Dear Judge Larson:

This case is set for an Order of Examination on June 3, 2009.

We have not been able to serve the defendant.

We request that the Order of Examination be taken off calendar.

Yours very truly,

Michael J. Carroll

MJC/se